# EXHIBIT 3

# ROBERT C. JENKINS

## STATEMENT OF FINANCIAL CONDITION

### JUNE 30, 2016

(See independent accountants' compilation report)

## ASSETS

**ASSETS**

| | |
|---|---:|
| Cash and cash equivalents | $ 13,053,514 |
| Interest receivable | 120,269 |
| Investments (Schedule 1) | |
|   Futures contracts | 15,189,086 |
|   Non-marketable securities | 29,886,928 |
|   Partnership interests | 7,788,465 |
| Cash surrender value of life insurance | 115,000 |
| Notes receivable | 6,070,356 |
| Real estate | 41,667 |
| Personal property | 1,675,000 |
| Security deposit | 683,487 |
| | $ 75,223,772 |

## LIABILITIES AND NET WORTH

**LIABILITIES**

| | |
|---|---:|
| Other liabilities | $ 17,812 |
| Total liabilities | 17,812 |
| **NET WORTH** | 75,205,960 |
| | $ 75,223,772 |

-2-

Este documento é cópia do original, assinado digitalmente por ANGELA FORNARI CIGAGNA e Tribunal de Justiça do Estado de São Paulo, protocolado em 14/11/2019 às 11:04 , sob o número 10123042020198260011.
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1012304-20.2019.8.26.0011 e código