EXHIBIT 4



# Gmail

robert jenkins <suigenerisbrasil@gmail.com>

## request from Robert Jenkins
4 messages

**robert jenkins** <suigenerisbrasil@gmail.com>  Mon, Sep 16, 2019 at 12:33 PM
To: fabio.lellis@safra.com.br, fabio.lellis@safra.com, robert jenkins <suigenerisbrasil@gmail.com>

Hello Fabio,

I hope all is well with you. I have been in the USA the past two months helping with the healthcare arrangements for my 95 year old mother.

I need you to make an important and confidential change on my three accounts at Safra which are:

Robert Charles Jenkins
RJ Trading
RJ Foods

That change is the following: **to remove my wife, Luciana de Andrade Fasano, as a signer on any of the three accounts. From today forward no one can move money out of those accounts but me, personally.**

Please make that change and please notify your team members on a need to know basis such as Erica and Arthur.

My wife does not need to know about this change and I ask that you not notify her. None of the assets in those accounts are hers and therefore she does not need to have the right to sign on those or move assets out of them.

**Please confirm to me when this change has been made. And please do that today.**

Thanks very much.

Robert Jenkins

**postmaster@safra.com** <postmaster@safra.com>  Mon, Sep 16, 2019 at 12:33 PM
To: suigenerisbrasil@gmail.com